AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois  ▼

| | |
|---|---|
| CAROLE ANNE FORMENTO | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) |
| B. RILEY WELATH MANAGEMENT, INC. AND | ) |
| NATIONAL FINANCIAL SERVICES, LLC. | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  

B. Riley Wealth Management, Inc.
c/o CT Corporation System
208 S. LaSalle Street Suite 814
Chicago, Illinois 60604-1101

National Financial Services, LLC.
c/o CT Corporation System
208 S. LaSalle Street Suite 814
Chicago, Illinois 60604-1101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Offices of Barry Footlick, LLC.
7840 W. 103rd Street, Suite 5
Palos Hills, Illinois 60465

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*